August 1, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ERNEST NAVY, Appellant

NO. 14-12-00528-CV                    V.

COLLEGE OF THE MAINLAND, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, College of the Mainland, signed May 14, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Ernest Navy, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.